UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Paul R. Hansmeier,

    Defendant.

Case No. 16-cr-334 (JNE) (1)
Case No. 21-cv-2751 (JNE)
ORDER

Last month, the Court denied Defendant's motion for bail. The Court considered his motion for a preliminary injunction as part of his motion for bail. Defendant appealed. He recently filed a motion for an indicative ruling. Defendant's motion for an indicative ruling [Docket No. 245] is DENIED.

    IT IS SO ORDERED.

Dated: October 11, 2022

    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge