# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 01, 2022

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

     RE:  22-3031  United States v. Paul Hansmeier

Dear Mr. Hansmeier:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                             Michael E. Gans
                                             Clerk of Court

AMT

Enclosure(s)

cc:    Ms. Kate M. Fogarty
       Mr. David J. MacLaughlin
       Ms. Ana H. Voss

     District Court/Agency Case Number(s):  0:16-cr-00334-JNE-1