# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3031

United States of America

Appellee

v.

Paul R. Hansmeier

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:16-cr-00334-JNE-1)

---

**MANDATE**

In accordance with the judgment of November 1, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 22, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit